UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| United States of America, | Case No. 18-cr-0217 (WMW/KMM) |
|---|---|
| Plaintiff, | **PRELIMINARY ORDER OF FORFEITURE** |
| v. | |
| Barton George Scott, | |
| Defendant. | |

---

Before the Court is the unopposed motion of Plaintiff United States of America for a preliminary order of forfeiture. (Dkt. 31.) The Court finds that the property at issue is subject to forfeiture, 18 U.S.C. § 2253(a), and the United States has established the requisite nexus between such property and the offense of which Defendant Barton George Scott has been found guilty.

Based on the foregoing and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The motion of Plaintiff United States of America for a preliminary order of forfeiture, (Dkt. 31), is **GRANTED**.

2. Defendant Barton George Scott shall forfeit to the United States the following (hereafter, the property):

   a. A Samsung Sprint slider phone, model SPH-M380, serial number A000002A80FA79;

  b. A Samsung Sprint slider phone, model SPH-M389, serial number A000002A81B037;

  c. An LG cell phone, model LG 62vl, serial number 612CYJZ0765492;

  d. A Samsung cell phone, model SM-G900V, IMEI number 9900004900465778;

  e. An Apple iPhone, model A1586, IMEI number 356985Q67547010;

  f. An Apple iPhone 4, serial number C8QG5JQMDDP8;

  g. An Apple iPad, model A1432, serial number F4LK4H3TF196; and

  h. An Apple iPhone 6, model A1549, IMEI number 359234067811424.

  3. The United States Attorney General or an authorized designee may seize the property and maintain custody and control of it pending the entry of a final order of forfeiture.

  4. Pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 2253(b), the United States shall publish and give notice of this Order and the intent of the United States to dispose of the property in such manner as the Attorney General may direct.

  5. This Order shall become final as to Defendant at the time of sentencing and shall be made a part of the sentence and included in the judgment. Fed. R. Crim. P. 32.2(b)(4)(A), (B).

  6. Following the Court's disposition of any petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period established to file such petitions, the United States shall have clear title to the property at issue and may warrant good title to any subsequent purchaser or transferee.

7. This Court shall retain jurisdiction to enforce this Order and to amend it as necessary. Fed. R. Crim. P. 32.2(e).

Dated: March 15, 2019                              s/Wilhelmina M. Wright
                                                   Wilhelmina M. Wright
                                                   United States District Judge