# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

United States of America,

Case No. 18-cr-0217 (WMW/KMM)

Plaintiff,

**FINAL ORDER OF FORFEITURE**

v.

Barton George Scott,

Defendant.

---

WHEREAS, on March 15, 2019, this Court entered a Preliminary Order of Forfeiture to Plaintiff United States of America, pursuant to 18 U.S.C. § 2253(a)(3), of the following property:

a.   a Samsung Sprint slider phone, model SPH-M380, serial number A000002A80FA79;

b.   a Samsung Sprint slider phone, model SPH-M389, serial number A000002A81B037;

c.   an LG cell phone, model LG 62vl, serial number 612CYJZ0765492;

d.   a Samsung cell phone, model SM-G900V, IMEI number 9900004900465778;

e.   an Apple iPhone, model A1586, IMEI number 356985Q67547010;

f.   an Apple iPhone 4, serial number C8QG5JQMDDP8;

g.   an Apple iPad, model A1432, serial number F4LK4H3TF196; and

h.   an Apple iPhone 6, model A1549, IMEI number 359234067811424.

WHEREAS, beginning on June 25, 2019, the United States posted a notice of criminal forfeiture for at least 30 consecutive days on www.forfeiture.gov, an official government internet site, providing notice of the intent of the United States to dispose of the property in accordance with governing law and notice of the right of third parties to petition the Court, within 60 days of the first date of posting, for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no petition has been filed with the Clerk of Court, and the time for filing a petition has expired.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1.      Plaintiff United States of America's motion for a final order of forfeiture, (Dkt. 56), is **GRANTED**.

2.      All of the rights, titles, and interests in the above-described property are hereby forfeited to, and vested in, the United States of America, pursuant to 18 U.S.C. § 2253(a).

3.      The above-described property shall be disposed of by the United States in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: December 10, 2019                    s/Wilhelmina M. Wright
                                            Wilhelmina M. Wright
                                            United States District Judge